ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

Robert M. Sasloff
212-603-6329
RMS@robinsonbrog.com
Fax: 212-581-5981

May 2, 2011

**VIA ECF**
Judge Allan L. Gropper
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

      RE:   The Lenox Condominium, LLC, Debtor
              <u>Chapter 11 Case No. 10-11391 (alg)</u>

Dear Judge Gropper:

      This letter is to confirm that all matters scheduled in the above-referenced case, including the Confirmation Hearing and relief from stay motion by the secured creditor, have been adjourned on consent of all parties, from **May 6, 2011** to **June 16, 2011 at 10:00 a.m.** This has been pre-arranged with your Courtroom Deputy.

      Should Your Honor have any questions, please do not hesitate to have your Chambers contact me.

                                               Respectfully submitted,

                                               Robert M. Sasloff

RMS:tef
Enclosures
cc: Susan Golden, Esq.—via email
    Joseph C. Savino, Esq.—via email
    Jim Pagano, Esq.—via email

523246.DOC;3